MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 10007 LIBERTY VIEW LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association; its Successors and Assigns; NATIONAL DEFAULT SERVICING CORPORATION, a foreign business entity; and DOES and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00570-JCM-BNW<br><br>**AMENDED STIPULATION TO CONTINUE DEADLINE FOR BANK OF AMERICA TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff 10007 Liberty View LLC and defendant Bank of America, N.A. (**BANA**) stipulate to an extension of BANA's deadline to file a responsive pleading to plaintiff's complaint by fourteen (14) days, up to and including Monday, May 2, 2022. *See* LR IA 6-1. BANA's deadline was Monday, April 18, 2022. Good cause exists to extend this deadline because the parties have exchanged the documents necessary to explore settlement in good faith and without incurring additional fees and costs. Plaintiff has consented to the requested extension.

Excusable neglect exists pursuant to LR IA 6-1 because, despite the undersigned counsel's best efforts, she was unable to complete the stipulation and secure opposing counsel's approval for filing during business hours on April 18, 2022. Both of undersigned counsel's children were sick

63134136;1

that day, and one had a doctor's appointment that afternoon that took significantly longer than anticipated. In addition, undersigned counsel's colleague, Scott Lachman, was in an all-day evidentiary hearing in state court and unavailable to assist with the stipulation.

Counsel submitted the original stipulation the next morning, April 19, 2022, at 9:44 a.m. [ECF No. 5]. The court denied the stipulation without prejudice for failure to demonstrate excusable neglect as required by LR IA 6-1 since the stipulation was filed after the April 18, 2022 deadline for filing the responsive pleading. [ECF No. 7] The parties submit this amended stipulation in good faith in order to demonstrate excusable neglect as required by LR IA 6-1. This stipulation is not brought for purposes of delay.

DATED this 21st day of April, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Melanie D. Morgan* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Edgar C. Smith* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> EDGAR C. SMITH, ESQ. <br> Nevada Bar No. <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for 10007 Liberty View LLC* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 9:44 am, April 25, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

63134136;1