ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
EDGAR C. SMITH, ESQ.
Nevada Bar No. 5506
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. G-67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chet@croteaulaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 10007 LIBERTY VIEW,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association; its Successors and Assigns; NATIONAL DEFAULT SERVICING CORPORATION, a foreign business entity; and DOES and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants | Case No.  2:22-cv-00570-JCM-BNW<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF SATICOY BAY LLC SERIES 10007 LIBERTY VIEW TO FILE RESPONSIVE PLEADING TO DEFENDANT**<br><br>**(First Request)** |

Plaintiff 10007 Liberty View LLC (**LIBERTY VIEW**) and defendant Bank of America, N.A. (**BANA**) stipulate to an extension of LIBERTY VIEW's deadline to file a responsive pleading to BANA's Motion to Dismiss [Doc. #11]  by seven (7) days, up to and including Monday, May 23, 2022.  *See* LR IA 6-1.  LIBERTY VIEW's deadline is Monday, May 16, 2022.  Good cause exists to extend this deadline because the parties have exchanged the documents necessary to explore settlement in good faith and without incurring additional fees and costs.  BANA has consented to the requested extension.

///

This is the Plaintiff's first request for an extension of time to respond to the Defendant's Motion to Dismiss [Doc. #11].

The parties submit this stipulation in good faith and is not sought to delay this action.

DATED this 16th day of May 2022

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| /s/_____ <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Edgar C. Smith* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> EDGAR C. SMITH, ESQ. <br> Nevada Bar No. <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for 10007 Liberty View LLC* |

### ORDER

IT IS SO ORDERED on May 18, 2022.

By:_____
UNITED STATES DISTRICT JUDGE

2